```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    SALVADOR ALCAZAR-VARELAS
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:13-CR-0232 MCE
                                 )
14              Plaintiff,       )
                                 )  STIPULATION AND ORDER
15       v.                      )  CONTINUING STATUS CONFERENCE
                                 )  AND EXCLUDING TIME
16  SALVADOR ALCAZAR-VARELAS,    )
                                 )
17              Defendant.       )  Date:  August 8, 2013
                                 )  Time:  9:00 a.m.
18  _____ )  Judge: Hon. Morrison C. England

19
```

20       It is hereby stipulated and agreed between defendant, Salvador
21  Alcazar-Varelas, and plaintiff, United States of America, that the status
22  conference scheduled for September 5, 2013, may be rescheduled for
23  October 3, 2013, at 9:00 a.m.
24       This is a new case and requires investigation before the defense
25  before it may be further scheduled.  An investigator has been assigned
26  and work is expected to begin this month.  In order to complete necessary
27  investigation and review, the parties agree that the interests of justice
28  outweigh the best interests of the public and Mr. Alcazar-Varelas in a

speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through October 3, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                Respectfully Submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: September 3, 2013   /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for SALVADOR ALCAZAR-VARELAS

                                BENJAMIN WAGNER
                                United States Attorney

Dated: September 3, 2013   /s/ T. Zindel for C. Highsmith
                                CHRISTIAAN HIGHSMITH
                                Assistant U.S. Attorney

# O R D E R

The status conference is continued to October 3, 2013, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT