HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SALVADOR ALCAZAR-VARELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  SALVADOR ALCAZAR-VARELAS,  Defendant. | Case No.  2:13-CR-0232-MCE  **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**  Date:   October 3, 2013  Time:   9:00 a.m.  Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Salvador Alcazar-Varelas, and plaintiff, United States of America, that the status conference scheduled for October 3, 2013, may be rescheduled for November 7, 2013, at 9:00 a.m.

This case requires investigation before the defense before it may be further scheduled. An investigator has been assigned and work has begun.  In order to complete necessary investigation and review, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Alcazar-Varelas in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through November 7, 2013, pursuant to Title 18,

/ / /

/ / /

-1-

United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                          Respectfully Submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: October 1, 2013                  /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for SALVADOR ALCAZAR-VARELAS

                                          BENJAMIN WAGNER
                                          United States Attorney

Dated:  October 1, 2013              /s/  T. Zindel for C. Highsmith
                                          CHRISTIAAN HIGHSMITH
                                          Assistant U.S. Attorney

## O R D E R

      The status conference is continued to November 7, 2013, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated:  October 2, 2013

                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT