HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
SALVADOR ALCAZAR-VARELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-CR-0232-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| SALVADOR ALCAZAR-VARELAS, | Date:  November 7, 2013 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Salvador Alcazar-Varelas, and plaintiff, United States of America, that the status conference scheduled for November 7, 2013, may be rescheduled for December 5, 2013, at 9:00 a.m.

Defense investigation and review is ongoing although counsel for the parties intend to meet in the next two weeks to explore possible resolutions.  In order to complete necessary investigation, review, and discussion , the parties agree that the interests of justice outweigh the best interests of the public and Mr. Alcazar-Varelas in a speedy trial.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

The parties therefore ask the Court to exclude time under the Speedy Trial Act from the date of this order through December 5, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  November 4, 2013            /s/ T. Zindel
                                                      TIMOTHY ZINDEL
                                                      Assistant Federal Defender
                                                      Attorney for SALVADOR ALCAZAR-VARELAS

BENJAMIN WAGNER
United States Attorney

Dated:  November 4, 2013            /s/  T. Zindel for C. Highsmith
                                                      CHRISTIAAN HIGHSMITH
                                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 5, 2013, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT