HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
SALVADOR ALCAZAR-VARELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SALVADOR ALCAZAR-VARELAS, ) <br> ) <br> Defendant. ) <br> ) | Case No.  2:13-CR-0232-MCE <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  April 3, 2014 <br> Time:  9:00 a.m. <br> Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Salvador Alcazar-Varelas, and plaintiff, United States of America, that the status conference scheduled for April 3, 2014, may be continued to April 10, 2014, at 9:00 a.m.

The parties' investigation continues although the outlines of a resolution have been reached.  In order to complete necessary investigation, review, and discussion, and to prepare and review a written plea agreement, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Alcazar-Varelas in a speedy

trial.  The parties therefore ask the Court to exclude time under the Speedy Trial Act from the date of this order through April 10, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 1, 2014          /s/ T. Zindel_____
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for SALVADOR ALCAZAR-VARELAS


                               BENJAMIN WAGNER
                               United States Attorney

Dated:  April 1, 2014          /s/  T. Zindel for C. Highsmith____
                               CHRISTIAAN HIGHSMITH
                               Assistant U.S. Attorney


## ORDER

The status conference is continued to April 10, 2014, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 10, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT